No. 18, Misc.   MILLER *v.* HUMPHREY, WARDEN;
No. 20, Misc.   COLLINS *v.* LOONEY, WARDEN;
No. 54, Misc.   DARNELL *v.* LOONEY, WARDEN;
No. 57, Misc.   PAGE *v.* DEPARTMENT OF CORRECTIONS AND ADULT AUTHORITY OF CALIFORNIA;
No. 106, Misc.   MIMS *v.* LOONEY, WARDEN;
No. 112, Misc.   BARNES *v.* KNIGHT ET AL.;
No. 113, Misc.   WILLIAMS *v.* MICHIGAN;
No. 119, Misc.   MORGAN *v.* MICHIGAN;
No. 123, Misc.   EX PARTE SMITH; and
No. 126, Misc.   EX PARTE SZTWIERTNIA.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 76, Misc.   EX PARTE COMPTON;
No. 77, Misc.   LEWIS *v.* ATTORNEY GENERAL OF THE UNITED STATES; and
No. 122, Misc.   GLISSON *v.* MICHIGAN ET AL.   Motions for leave to file petitions for writs of mandamus denied.

No. 78, Misc.   BRINK *v.* UNITED STATES; and
No. 116, Misc.   SCHUYLER *v.* NEW YORK ET AL.   Motions for leave to file petitions for writs of certiorari denied.

No. 91, Misc.   SLAGE *v.* BANNAN, WARDEN.   Motions for leave to file petitions for writs of certiorari and habeas corpus denied.